

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.2035

RICHARD W. WIEKING

CLERK OF COURT

August 31, 2007

John J. Hughes
Law Offices of John J. Hughes
1200 Gough Street
San Francisco, CA 94109

**Re:   REACHELL ARMSTRONG  v. AMERICAN SHIP MANAGEMENT LLC**
        C07-04345 (JCS)

Dear Counsel:

 This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

 The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

 A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **September 14, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                              Sincerely,

                              RICHARD W. WIEKING

                              _Karen L. Hom_
                              _____
                              By: Karen L.Hom
                                  Deputy Clerk

Attachments

United States District Court
For the Northern District of California

1
2
3
4                              UNITED STATES DISTRICT COURT
5                             NORTHERN DISTRICT OF CALIFORNIA
6
7    REACHELL ARMSTRONG,                          No.  C 07-04345 JCS
8            Plaintiff(s),                        **CONSENT TO PROCEED BEFORE A
                                                  UNITED STATES MAGISTRATE JUDGE**
9        v.
10   AMERICAN SHIP MANAGEMENT LLC,
11           Defendant(s).
12   _____/
13
14       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15           In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16   in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17   Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18   final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19   Appeals for the Ninth Circuit
20
21   Dated: _____          _____
22                                           Signature
23                                           Counsel for _____
24                                           (Name or party or indicate "pro se")
25
26
27
28

2

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    REACHELL ARMSTRONG,                    No.  C 07-04345 JCS

8              Plaintiff(s),
                                           **DECLINATION TO PROCEED BEFORE**
9         v.                               **A MAGISTRATE JUDGE**
                                                        **AND**
10   AMERICAN SHIP MANAGEMENT LLC,          **REQUEST FOR REASSIGNMENT TO A**
                                           **UNITED STATES DISTRICT JUDGE**
11             Defendant(s).

12   _____/

13

14        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15        The undersigned party in the above-captioned civil matter hereby declines to consent to the

16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17   requests the reassignment of this case to a United States District Judge.

18

19

20   Dated: _____         _____
                                                 Signature
21

22                                               Counsel for _____
                                                 (Name or party or indicate "pro se")
23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3