UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REACHELL ARMSTRONG,<br><br>         Plaintiff(s),<br><br>    v.<br><br>AMERICAN SHIP MANAGEMENT LLC,<br><br>         Defendant(s).<br>_____/ | No.  C 07-04345 JCS<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: Sept. 20, 2007                        _____
                                                              Signature

                                                              Counsel for <u>Plaintiff, Reachell Armstrong</u>
                                                              (Name or party or indicate "pro se")