```
1  LAW OFFICE OF DENISE SAVOIE BLOCKER
   DENISE SAVOIE BLOCKER (STATE BAR NO. 124155)
2  150 Willowbrook Drive
   Portola Valley, California 94028
3  Telephone: (650) 851-7123
   Facsimile: (650) 851-3127
4  Email: dsblocker@sbcglobal.net
5  Attorney for Defendant
   American Ship Management, LLC
6
7
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REACHELL ARMSTRONG, | No. C-07-4345 JCS |
| Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| AMERICAN SHIP MANAGEMENT, LLC, and DOES I through V, inclusive, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 1, 2007         LAW OFFICE OF DENISE SAVOIE BLOCKER


                               By_____
                                  DENISE SAVOIE BLOCKER
                                  Attorneys for Defendants American Ship Management, LLC

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
No. C-07-4345 JCS

## PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in Portola Valley, California at 150 Willowbrook Drive, Portola Valley, California 94028. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business. I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Today I served the attached:
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

by causing a true and correct copy of the above to be placed in the United States Mail at Portola Valley, California in sealed envelope(s) with postage prepaid, addressed as follows:

Law Offices of John J. Hughes
John J. Hughes, Esq.
Number One Cathedral Hill Tower
1200 Gough Street
San Francisco, CA  94109

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 1, 2007.

Denise Savoie Blocker