John J. Hughes, State Bar No. 96481
LAW OFFICES OF JOHN J. HUGHES
Number One Cathedral Hill Tower
1200 Gough Street
San Francisco, CA  94109
Telephone:  (415) 928-4200
Facsimile: (415) 928-4264
Email: sealawyer@sbcglobal.net
Attorney for Plaintiff
Reachell Armstrong

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REACHELL ARMSTRONG, | CASE NO:  C-07-4345 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| - vs - | |
| AMERICAN SHIP MANAGEMENT, LLC, and DOES I through X, inclusive, | |
| Defendants. | |

The parties hereby stipulate and request the Court to order pursuant to F.R.C.P. Rule 41(a)(2) that this action be fully dismissed with each party to bear its own costs.  The parties further agree and stipulate that dismissal pursuant to this stipulation shall not operate as an adjudication upon the merits.

Dated: October 17, 2007

LAW OFFICE OF JOHN J. HUGHES


By:_____/S/ John J. Hughes_____
        John J. Hughes
        Attorney for Plaintiff
[The filer of this document attests that concurrence in the filing of
this document has been obtained from defendant's attorney below,
and shall serve in lieu of her signature.]

/ / /

/ / /

/ / /

Stipulation and Order for Dismissal
Case No.: No. C-07-4345 MJJ                                                                                                       1

1  Dated: October 17, 2007

2                              LAW OFFICES OF DENISE SAVOIE BLOCKER

3

4

5                              By:_____/S/_____
                                   Denise Savoie Blocker
6                                  Attorneys for Defendant
                                   American Ship Management, LLC
7

8  IT IS SO ORDERED.

9
   Dated: _____
10

11                                 _____
                                       Hon. Martin J. Jenkins
12                                     U.S. DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order for Dismissal
Case No.: No. C-07-4345 MJJ                                          2