John J. Hughes, State Bar No. 96481
LAW OFFICES OF JOHN J. HUGHES
Number One Cathedral Hill Tower
1200 Gough Street
San Francisco, CA  94109
Telephone:  (415) 928-4200
Facsimile: (415) 928-4264
Email: sealawyer@sbcglobal.net
Attorney for Plaintiff
Reachell Armstrong

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REACHELL ARMSTRONG, | CASE NO:  C-07-4345 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| - vs - | |
| AMERICAN SHIP MANAGEMENT, LLC, and DOES I through X, inclusive, | |
| Defendants. | |

The parties hereby stipulate and request the Court to order pursuant to F.R.C.P. Rule 41(a)(2) that this action be fully dismissed with each party to bear its own costs.  The parties further agree and stipulate that dismissal pursuant to this stipulation shall not operate as an adjudication upon the merits.

Dated: October 17, 2007

LAW OFFICE OF JOHN J. HUGHES


By:      /S/ John J. Hughes
                John J. Hughes
              Attorney for Plaintiff

[The filer of this document attests that concurrence in the filing of this document has been obtained from defendant's attorney below, and shall serve in lieu of her signature.]

/ / /

/ / /

/ / /

Dated: October 17, 2007

LAW OFFICES OF DENISE SAVOIE BLOCKER

By: /S/
Denise Savoie Blocker
Attorneys for Defendant
American Ship Management, LLC

IT IS SO ORDERED.

Dated: 10/18/07



Hon. Martin J. Jenkins
DISTRICT JUDGE